# EXHIBIT A

IN THE STATE COURT OF FULTON COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| Latina Fuller, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action File No.: |
| | ) | |
| v. | ) | |
| | ) | |
| Hillstone Restaurant Group, Inc. d/b/a Houston's, and XYZ Corp. Nos. 1 through 9 | ) ) ) ) | **JURY DEMANDED** |
| Defendants. | ) | |

**COMPLAINT FOR DAMAGES
AND DEMAND FOR TRIAL BY JURY**

COMES NOW Plaintiff and files this Complaint for Damages and Demand for Trial by Jury and shows the following:

1)    Plaintiff is a resident of the State of Georgia.

2)    Defendant Hillstone Restaurant Group, Inc. (hereinafter "Hillstone") is a foreign profit corporation authorized to do business in the State of Georgia and is subject to jurisdiction of this Court under O.C.G.A §9-10-91by virtue of the fact Defendant owned and operated a business in the State of Georgia wherein a tortious act was committed in Fulton County, State of Georgia.

3)    Defendant Hillstone may be served through its registered agent for service, CT Corporation System, 1201 Peachtree Street NE, Atlanta, Fulton County, GA 30361.

4)    Defendants XYZ Corp. Nos. 1 through 9, whose identities and whereabouts are currently unknown, are subject to the jurisdiction and venue of this Court. Defendants XYZ Corp. Nos. 1 through 9 will be named and served with Summons and Complaint once their respective identities are revealed.

5) At all times relevant herein, Defendants were the owner and operator of the Houston's located at 2166 Peachtree Road NW, Atlanta, Fulton County, GA 30309.

6) Defendants have an office and transact business in Fulton County, Georgia.

7) Defendants are joint tortfeasors in this incident.

8) Jurisdiction and venue are proper in this Court.

9) On or about October 4, 2015, Defendants were in legal possession of the premises located at 2166 Peachtree Road NW, Atlanta, Fulton County, GA 30309.

10) On or about October 4, 2015, Defendants were operating Houston's restaurant on the premises located at 2166 Peachtree Road NW, Atlanta, Fulton County, GA 30309.

11) On or about October 4, 2015 Plaintiff was an invitee at Houston's located at 2166 Peachtree Road NW, Atlanta, Fulton County, GA 30309.

12) At all relevant times, Houston's was owned, maintained, operated, and managed by Defendants and within their exclusive control.

13) On or about October 4, 2015 while Plaintiff was in Houston's she slipped on a slippery substance on the steps of Houston's and she fell.

14) Plaintiff had no knowledge of the unsafe and dangerous condition in Houston's and it was not discoverable by her in the exercise of reasonable care.

15) At all relevant times, Plaintiff exercised reasonable care for her own safety.

16) At all relevant times, it is believed that the Defendants owned and managed the subject Houston's and owed a legal duty of reasonable care to invitees to inspect and keep the premises in a safe condition and to warn Plaintiff of hidden dangers or defects that were not discoverable in the exercise of reasonable care.

17) At all relevant times, Defendants, by and through their employees, had actual or constructive knowledge of the hazardous condition present on the water on the floor.

18) At all relevant times, Defendants breached the duty of reasonable care.

19) As a result of the foregoing, Defendants breached a legal duty to Plaintiff in violation of O.C.G.A. § 51-3-1.

20) As a direct and proximate result of the aforesaid negligence and breaches of duty by Defendants, Plaintiff suffered substantial injuries and damages including medical and other necessary expenses, lost wages, mental and physical pain and suffering both past and future due to the injuries to her body and nervous system, personal inconvenience, plus an inability to lead a normal life.

21) As a result of the subject incident, Plaintiff has incurred past medical expenses and lost wages which is to be determined.

WHEREFORE, Plaintiff prays:

a. That process issue according to law;

b. That Defendants be served with a copy of Plaintiff's Complaint for Damages and Demand for Trial by Jury and show cause why the prayers for relief requested by Plaintiff herein should not be granted;

c. That Plaintiff be granted a **trial by jury** in this matter;

d. That judgment be entered in favor of Plaintiff against the Defendants for personal injuries sustained and for physical, mental pain and suffering, past present and future in an amount to be determined by the enlightened conscience of an impartial jury;

e. That judgment be entered in favor of Plaintiff against the Defendants for medical expenses and lost wages with the exact amount of damages to be proven at trial;

f. That Plaintiff has such further relief as the Court may deem just and proper.

This 31st day of July, 2017.

Respectfully submitted,

/s/ **Matthew L. Hilt**
Matthew L. Hilt
Georgia Bar No. 355405
Attorney for Plaintiff

MORGAN & MORGAN ATLANTA, PLLC
P.O. Box 57007
Atlanta, GA 30343-1007
Direct: (404) 496-7258
Fax:    (404) 496-7371
Email:  mhilt@forthepeople.com