```
                IN THE UNITED STATES DISTRICT COURT
                FOR THE NORTHERN DISTRICT OF GEORGIA
                          ATLANTA DIVISION
```

| | |
|---|---|
| LATINA FULLER,<br><br>      Plaintiff,<br><br>  v.<br><br>HILLSTONE RESTAURANT GROUP, INC.<br>d/b/a HOUSTON'S, and XYZ Corp. Nos. 1-9<br><br>      Defendant. | Civil Action File<br>No. 1:20-CV-1908-AT |

## MOTION FOR SUMMARY JUDGMENT

COMES NOW Hillstone Restaurant Group, Inc., defendant in the above-styled civil action (hereinafter, "defendant"), and files this motion for summary judgment pursuant to Fed. R. Civ. P. 56 and Local Rule 56.

In this case alleging a fall, defendant Hillstone is entitled to summary judgment because it did not have knowledge of any substance on the floor and followed reasonable inspection procedures.  Further, defendant's employees inspected the area less than 10-15 minutes before the claimed fall and nothing was on the floor at the time of inspection so defendant did not have actual or constructive knowledge of the claimed substance. Plaintiff does not know how the liquid substance she claimed caused her to fall got on the floor, how long the substance was on the floor, or whether the substance was visible and could have been discovered before the claimed fall.

In support of its motion, defendant relies on its Brief in Support of Motion for Summary Judgment and the authorities cited therein and supporting documents thereto, as well as the Statement of Material Facts to which there are no Genuine Issues to be Tried, the arguments of counsel, and defendant's reply brief, if any.

WHEREFORE, defendant respectfully requests that this Court grant its motion for summary judgment and dismiss the plaintiff's complaint with prejudice.

Respectfully submitted,

DREW, ECKL & FARNHAM, LLP

/s/ Patrick J. Ewing
_____
G. RANDALL MOODY
Georgia Bar No. 517702
PATRICK J. EWING
Georgia Bar No. 669491

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the within and foregoing MOTION FOR SUMMARY JUDGMENT upon all parties concerned via the court's e-filing system which will automatically send email notification of such filing to the attorneys or parties of record:

>Brandyn L. Randall, Esq.
>Morgan & Morgan Atlanta, Pllc
>Post Office Box 57007
>Atlanta, GA 30343

This 12th day of August 2020.

>Respectfully submitted,
>
>DREW, ECKL & FARNHAM, LLP
>
>
>/s/ Patrick J. Ewing
>_____
>G. RANDALL MOODY
>Georgia Bar No. 517702
>PATRICK J. EWING
>Georgia Bar No. 669491

303 Peachtree Street NE
Suite 3500
Atlanta, Georgia 30308
(404) 885-1400 – phone
(404) 876-0992 – fax
moodyr@deflaw.com
ewingp@deflaw.com

9986632/1
06440-129020