```
             IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF GEORGIA
                       ATLANTA DIVISION
```

| | |
|---|---|
| LATINA FULLER,<br><br>        Plaintiff,<br><br>   v.<br><br>HILLSTONE RESTAURANT GROUP, INC.<br>d/b/a HOUSTON'S, and XYZ Corp. Nos. 1-9<br><br>        Defendant. | Civil Action File<br>No. 1:20-CV-1908-AT |

## NOTICE OF FILING

COMES NOW Hillstone Restaurant Group, Inc., defendant in the above-styled civil action (hereinafter, "defendant"), and files the following deposition transcripts in support of defendant's motion for summary judgment:

1) Deposition of plaintiff, Latina Fuller, taken on April 16, 2018, in connection with the case captioned as Latina Fuller v. Hillstone Restaurant Group, Inc. d/b/a Houston's, and XYZ Corp., Nos. 1-9, Civil Action File No.: 17EV003613 in the State Court of Fulton County.

2) Deposition of Jon Rivero, taken on February 12, 2019, in connection with the case captioned as Latina Fuller v. Hillstone Restaurant Group, Inc. d/b/a Houston's, and XYZ Corp., Nos. 1-9, Civil Action File No.: 17EV003613 in the State Court of Fulton County.

Respectfully submitted,

DREW, ECKL & FARNHAM, LLP

/s/ Patrick J. Ewing
_____
G. RANDALL MOODY
Georgia Bar No. 517702
PATRICK J. EWING
Georgia Bar No. 669491

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the within and foregoing NOTICE OF FILING upon all parties concerned via the court's e-filing system which will automatically send email notification of such filing to the attorneys or parties of record:

>Brandyn L. Randall, Esq.
>Morgan & Morgan Atlanta, PLLC
>Post Office Box 57007
>Atlanta, GA 30343

This 12th day of August 2020.

>Respectfully submitted,
>
>DREW, ECKL & FARNHAM, LLP
>
>/s/ Patrick J. Ewing
>_____
>G. RANDALL MOODY
>Georgia Bar No. 517702
>PATRICK J. EWING
>Georgia Bar No. 669491

303 Peachtree Street NE
Suite 3500
Atlanta, Georgia 30308
(404) 885-1400 – phone
(404) 876-0992 – fax
moodyr@deflaw.com
ewingp@deflaw.com

9986632/1
06440-129020